# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

────────────────────────────────────────────────────────────

Shawntelle L. Fisher,                              Civil No. 10-4390 (RHK/JSM)

         Petitioner,                              **ORDER**

v.

Warden Nicole L. English,

         Respondent.

────────────────────────────────────────────────────────────

The above matter comes before the Court upon the June 14, 2011, Report and Recommendation of United States Magistrate Judge Janie S. Mayeron.   No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1.  The Report and Recommendation (Doc. No. 11) is **ADOPTED**;

2.  Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3.  Petitioner's habeas Petition is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 28, 2011

                       s/Richard H. Kyle_____
                       RICHARD H. KYLE
                       United States District Judge